IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01890-REB-MEH

DAVID REEKERS,

     Plaintiff,

v.

HOMECARE LABS, INC.,
CHEMTURA CORPORATION, and
WAL-MART STORES, INC.,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2011.**

     Defendants' Motion to Vacate November 8, 2011 Settlement Conference [filed November 7, 2011; docket #23] is **granted**.  The Settlement Conference scheduled for November 8, 2011 is hereby **vacated**.  The parties shall file dismissal papers with the Court on or before December 9, 2011.