**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01890-REB-MEH

DAVID REEKERS,

    Plaintiff,

v.

HOMECARE LABS, INC.,
CHEMTURA CORPORATION, and
WAL-MART STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal of Defendants Homecare Labs, Inc., Chemtura Corporation, and Wal-Mart Stores, Inc. With Prejudice** [#31][1] filed December 16, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal of Defendants Homecare Labs, Inc., Chemtura Corporation, and Wal-Mart Stores, Inc. With Prejudice** [#31] filed December 16, 2011, is **APPROVED**;

    2. That the Trial Preparation Conference set for August 10, 2012, is **VACATED**;

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the jury trial set to commence August 27, 2012, is **VACATED**;

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 19, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2